CECELIA B. LACOCK, as Administratrix of the Estate of JOHN R. LACOCK, Deceased, Appellant, *v.* CITY OF SCHENECTADY, Respondent.

(Argued June 7, 1929; decided July 11, 1929.)

*Chatfield T. Bates* for appellant.

*Carleton H. Lewis, Corporation Counsel (Charles G. Fryer* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.